**FILED**
Apr 21 2021
3:53 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ emilybl  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIGUEL RAMIREZ-ORTIZ,<br><br>    Defendant. | Case No. '21 CR1235 GPC<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |

The grand jury charges:

### Count 1

On or about January 23, 2021, within the Southern District of California, defendant MIGUEL RAMIREZ-ORTIZ forcibly assaulted a person designated in Title 18, United States Code, Section 1114, that is, Officer J. Jacobo, while such person was engaged in and on account of the performance of official duties, and such act involved physical contact with the victim of the assault; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

//
//
//

JKF:cms(nlv):San Diego:4/20/21

## Count 2

On or about January 23, 2021, within the Southern District of California, defendant MIGUEL RAMIREZ-ORTIZ forcibly assaulted a person designated in Title 18, United States Code, Section 1114, that is, Officer E. Urias, while such person was engaged in and on account of the performance of official duties, and such act involved physical contact with the victim of the assault; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

DATED: April 21, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: /s/
J'ME K. FORREST
Assistant U.S. Attorney